UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------- x

COUGAR SPORT INC.,

        Plaintiff,

v.

ADIDAS AMERICA, INC. and ADIDAS AG,

        Defendants.

------------------- x

Civil Action No.

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for the Plaintiff Cougar Sport Inc. hereby certifies that the following are the corporate parents and publicly held corporations owning ten percent (10%) or more of the stock of Cougar Sport Inc.: NONE

Dated: New York, New York
       September 29, 2015

Respectfully submitted,

By: _____
Anthony F. Lo Cicero
Chester Rothstein
William Frank

AMSTER, ROTHSTEIN & EBENSTEIN LLP
Attorneys for Cougar Sport Inc.
90 Park Avenue
New York, New York 10016
Tel. No.: (212) 336-8000
Fax No.: (212) 336-8001